UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. DONOVAN,<br><br>          Plaintiff,<br><br>     v.<br><br>WOODBRIDGE MAINTENANCE ASSOCIATION; FREI REAL ESTATE SERVICES AND DOES 1-10 inclusive,<br><br>          Defendants. | Case No.:   2:14-cv-00995-JAM-EFB<br><br>*Honorable John A. Mendez*<br><br>**JOINT STIPULATION TO AMEND PLAINTIFF'S COMPLAINT**<br>**[Fed.R.Civ.P. 15(a)]**<br><br>ORDER GRANTING PARTIES' STIPULATION TO AMEND PLAINTIFF'S COMPLAINT |

PURSUANT TO THE STIPULATION of the parties, Fed. R. Civ. P. 15(a)(2), and finding good cause therefore, this Court HEREBY ORDERS that Plaintiff, ALICE M. DONOVAN is granted permission to file the FIRST AMENDED COMPLAINT that was attached as Exhibit A to the Stipulation to Amend Plaintiff's Complaint, filed on July 10, 2014.

DATED: July 11, 2014            /s/ JOHN A. MENDEZ
                                Honorable JOHN A. MENDEZ
                                United States District Judge

Proposed Order to Amend Complaint
  Case No.: 2:14-cv-00955-JAM-EFB