**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE M. DONOVAN,<br><br>             Plaintiff,<br><br>vs.<br><br>WOODBRIDGE MAINTENANCE ASSOCIATION; FREI REAL ESTATE SERVICES AND DOES 1-10 inclusive,<br><br>             Defendants. | Case No.: 2:14-cv-00995-JAM-EFB<br>Judge: Hon. John A. Mendez<br><br>**Civil Rights**<br><br>**PROTECTIVE ORDER**<br><br>Trial Date: September 21, 2015 |

# ORDER

The Court has reviewed the parties' Joint Stipulation for Protective Order ("Protective Order"). Good cause appearing, the parties' Protective Order is GRANTED. The stipulated Protective Order is hereby entered and approved by the Court for use in the above-captioned case subject to the following conditions:

a) The Court may modify this Order *sua sponte* in the interest of justice.

b) This Order is subject to further court orders based upon public policy and other considerations.

IT IS SO ORDERED

DATED: 1/23/2015

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge