# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. DONOVAN, | ) Case No.: 2:14-cv-00995-JAM-EFB |
| Plaintiff, | )<br>) Judge: Hon. John A. Mendez |
| vs. | ) **Civil Rights** |
| WOODBRIDGE MAINTENANCE ASSOCIATION; FREI REAL ESTATE SERVICES AND DOES 1-10 inclusive, | ) **ORDER TO CONTINUE TRIAL AND DISCOVERY DATES** |
| Defendants. | ) ***(AS AMENDED BY THE COURT)*** |
| | ) Pretrial Conference: August 12, 2015<br>) Trial Date: September 21, 2015 |

PURSUANT TO THE STIPULATION of the parties, Fed. R. Civ. P. 16(b)(4), and finding good cause therefore, this Court HEREBY ORDERS that the trial date and all discovery deadlines set in the July 25, 2014, Scheduling Order shall be continued and the new dates are reflected in the table below.

## _AMENDED_ SCHEDULE OF TRIAL AND PRETRIAL DATES

| Matter | Time | Weeks Before Trial | Parties Request | Current Schedule |
|---|---|---|---|---|
| Trial | 9:00 a.m. | | **January 11, 2016 at 9:00 a.m.** | **September 21, 2015** |
| Final Pre-Trial Conference | 4:00 p.m. | 6 | **November 20, 2015 at 11:00 a.m.** | **August 12, 2015** |

| Matter | Time | Weeks Before Trial | Parties Request | Current Schedule |
|---|---|---|---|---|
| Last Day to File Pre-Trial Documents | | 7 | **November 13, 2015** | **August 5, 2015** |
| Hearing for all Dispositive Motions | 9:30 a.m. | 14 | **October 7, 2015 At 9:30 a.m.** | **July 1, 2015** |
| Last Day to File Dispositive Motions | | 18 | **September 9, 2015** | **June 3, 2015** |
| All Discovery Cut-off | | 24 | **July 23, 2015** | **April 24, 2015** |
| Last Day to File Joint Mid-Litigation Statements | | 26 | **July 9, 2015** | **April 10, 2015** |
| Deadline for Disclosure of Rebuttal Expert Witnesses | | 32 | **May 28, 2015** | **February 27, 2015** |
| Deadline for Disclosure of Expert Witnesses | | 33 | **May 21, 2015** | **February 20, 2015** |

IT IS SO ORDERED:

DATED:  **March 20, 2015**

/s/ John A. Mendez_____

Honorable JOHN A. MENDEZ

United States District Court Judge