PATRICIA BARBOSA (SBN 125865)
**BARBOSA GROUP**
16531 Bolsa Chica Street, Suite 205
Huntington Beach, CA 92649
Tel: (714) 465-9486
PBarbosa@barbosagrp.com

Attorney for Plaintiff, Alice M. Donovan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. DONOVAN, | Case No.: 2:14-cv-00995-JAM-EFB |
| Plaintiff, | Judge: Hon. John A. Mendez |
| vs. | **Civil Rights** |
| WOODBRIDGE MAINTENANCE ASSOCIATION; FREI REAL ESTATE SERVICES AND DOES 1-10 inclusive, | **ORDER TO CONTINUE EXPERT DISCOVERY DATES** |
| Defendants. | Pretrial Conference: March 9, 2016 <br> Trial Date: May 2, 2016 |

PURSUANT TO THE STIPULATION of the parties, Fed. R. Civ. P. 16(b)(4), and finding good cause therefore, this Court HEREBY ORDERS that the discovery deadline shall be continued for expert discovery until November **10, 2015**.

1  IT IS SO ORDERED:

2

3  DATED: **9/4/2015**

4

5  /s/ John A. Mendez_____

6  Honorable JOHN A. MENDEZ

7  United States District Court Judge