1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE M. DONOVAN, | ) Case No.: 2:14-cv-00995-JAM-EFB |
| Plaintiff, | ) *[Assigned to Hon. John A. Mendez]* |
| vs. | ) **Civil Rights** |
| WOODBRIDGE MAINTENANCE ASSOCIATION, et al. | ) **ORDER GRANTING CONSENT DECREE IN FULL SETTLEMENT OF PLAINTIFF'S COMPLAINT** |
| Defendants. | ) [Filed concurrently with CONSENT DECREE] |

## **ORDER**

Pursuant to Stipulation and for good cause shown, the CONSENT DECREE executed and agreed to by Plaintiff ALICE M. DONOVAN and Defendants WOODBRIDGE MAINTENANCE ASSOCIATION and FREI REAL ESTATE SERVICES as complete settlement of Plaintiff's claims for monetary and injunctive relief filed with this Court is approved and IS SO ORDERED.  The Court will retain jurisdiction in accordance with the terms of the Consent Decree.

DATED: September 30, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge